WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, DIRECTV, LLC (incorrectly named as AT&T Uverse)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HOPE BODDY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AT&T UVERSE; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01765-GMN-VGF<br><br>**JOINT MOTION TO EXTEND DEADLINE TO ANSWER**<br><br>(First Request) |

　　　Plaintiff, Hope Boddy ("Plaintiff") and Defendant, DIRECTV, LLC (incorrectly named AT&T Uverse) ("Defendant"), by and though their undersigned counsel, hereby move that Defendant shall have up and including October 22, 2021, to answer or otherwise respond to Plaintiff's complaint. The parties request the additional time to continue to discuss settlement prior to Defendant filing an answer or otherwise responding the complaint. This motion is filed in good faith and not intended to cause delay. This is the parties' first request of an extension of time to answer the complaint by Defendant.

/././
/././
/././
/././
/././
/././

As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

**IT IS SO STIPULATED.**

| WRIGHT, FINLAY & ZAK, LLP | KRIEGER LAW GROUP, LLC |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Shawn Miller* |
| Ramir M. Hernandez, Esq. | David Krieger, Esq. |
| Nevada Bar No. 11731 | Nevada Bar No. 9086 |
| 7785 W. Sahara Ave., Suite 200 | Shawn Miller, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 7825 |
| *Attorneys for Defendant, DIRECTV, LLC (incorrectly named as AT&T Uverse)* | 2850 W. Horizon Ridge Pkwy, Ste. 200 |
| | Henderson, Nevada 89052 |
| | *Attorneys for Plaintiff Hope Boddy* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-27-2021