# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HOPE BODDY, | |
| Plaintiff, | 2:21-cv-01765-GMN-VCF |
| v. | **ORDER** |
| AT&T UVERSE; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., | |
| Defendant(s). | |

Before the court is *Hope Boddy v. AT&T Uverse; National Consumer Telecom & Utilities Exchange, Inc.*, case number 2:21-cv-01765-GMN-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before May 2, 2022.

DATED this 18th day of April, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE